PROB 12B
(7/93)

Report Date: June 17, 2009

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 0 6 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Walter J. Hansen     Case Number: 2:04CR02052-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 3/3/2005     Type of Supervision: Supervised Release

Original Offense: Possession of an Unregistered Firearm     Date Supervision Commenced: 7/28/2008

Original Sentence: Prison - 21 Months; TSR - 36 Months     Date Supervision Expires: 7/27/2011

## PETITIONING THE COURT

17   **Special Condition**: You shall complete a sex offender evaluation, which may include psychological, physiological, polygraph, plethysmograph testing, and/or completion of the ABEL assessment. You shall pay according to your ability and allow the reciprocal release of information between the treatment provider and supervising probation officer.

18   **Special Condition**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs and plethysmographs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising probation officer and the treatment provider. You shall pay for treatment and testing according to your ability.

## CAUSE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    17 June 09

Stephen Krous
U.S. Probation Officer

Prob 12B
Re: Hansen, Walter J.
June 17, 2009
Page 2

THE COURT ORDERS

[ ]   No Action
[✓]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

7/6/2009
_____
Date